# EXHIBIT A

| Agency Case Number C000732288-02 | Agency NCIC Number GAGSP0000 | **GEORGIA MOTOR VEHICLE CRASH REPORT** | County DOUGLAS | Date Rec. by GDOT |
|---|---|---|---|---|

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date 10/10/20 | Time 20:56 | Date 10/10/20 | Time 21:02 | Date 10/10/20 | Time 21:07 | Vehicles 2 | Injuries 1 | Fatalities 2 | |

| Road of Occurrence I-20 EB | At Its Intersection With MM30 | ☑ Corrected Report |
|---|---|---|
| Not At Its Intersection But _____ ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West | Of | ☑ Sup To Original |
| Latitude (Y) 33.71916 (Format) 00.00000 | Longitude (X) -84.83543 (Format) -00.00000 | ☐ Hit And Run? |

| Unit # 1 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME THIGPEN | FIRST JERELYN | MIDDLE MARISSA | Unit # 2 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME JOHNSON | FIRST ORLANDO | MIDDLE OZELL |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ Susp At Fault | Address 97 MOSSWOODS DR | | | | ☐ Susp At Fault | Address 1055 LANCASHIRE CIR APT C14 | | |

| City Madison | State MS | Zip 391100000 | DOB 11/29/1994 | City STONE MTN | State GA | Zip 30083 | DOB 05/17/1959 |
|---|---|---|---|---|---|---|---|
| Driver's License No. 802250787 | Class C | State MS | Country UNITED STATES | Driver's License No. 010531372 | Class A | State GA | Country UNITED STATES |
| Insurance Co. PROGRESSIVE | Policy No. 937 891 050 | Telephone No. | | Insurance Co. ZURICH AMERICAN INSURA | Policy No. TRK388858815 | Telephone No. | |
| Year 2012 | Make NISS | Model ALTI | | Year 2015 | Make FREIGHTLINER | Model TR | |
| VIN 1N4AL2AP1CN560139 | | Vehicle Color WHI | | VIN 1FUJGEBG9FLGK4440 | | Vehicle Color WHI | |

| Tag # HNS0922 | State MS | County HINDS | Year 2021 | Tag # 2578263 | State IN | County MIAMI-DADE | Year 2020 |
|---|---|---|---|---|---|---|---|
| Trailer Tag # | State FL | County | Year | Trailer Tag # 3554CN | State FL | County | Year 9999 |

| ☐ Same as Driver | Owner's Last Name THIGPEN | First MARISSA | Middle | ☐ Same as Driver | Owner's Last Name SADDLE CREEK TRANS | First | Middle |
|---|---|---|---|---|---|---|---|
| Address 314 RIDGE PARK DR | | | | Address 3010 SADDLE CREEK ROAD | | | |
| City RAYMOND | State MS | Zip 39154 | | City LAKELAND | State FL | Zip 33801 | |
| Removed By: TCR TOWING & RECOVERY (CARROLLTON, GA) | | ☐ Request ☑ List | | Removed By: TCR TOWING & RECOVERY (CARROLLTON, GA) | | ☐ Request ☑ List | |

| Alco Test: 2 | Type: | Results: | Drug Test: | Type: | Results: | Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: | First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 |
|---|---|---|---|---|---|

| Operator Contributing Factors: _____ 10 _____ | Operator Contributing Factors: ___ 1 _____ |
|---|---|
| Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 | Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 |

| Direction of Travel: 3 | Vehicle Maneuver: 1 | Non-Motor Maneuver: | Direction of Travel: 3 | Vehicle Maneuver: 5 | Non-Motor Maneuver: |
|---|---|---|---|---|---|
| Vehicle Class: | Vehicle Type: 5 | Vision Obscured: 1 | Vehicle Class: 1 | Vehicle Type: 4 | Vision Obscured: 1 |
| Number of Occupants: 3 | Area of Initial Contact: 12 | Damage to Veh: 4 | Number of Occupants: 1 | Area of Initial Contact: 8 | Damage to Veh: 3 |
| Traffic-Way Flow: 4 | Road Comp: 2 | Road Character: 2 | Traffic-Way Flow: 4 | Road Comp: 2 | Road Character: 2 |
| Number of Lanes: 4 | Posted Speed: 70 | Work Zone: 0 | Number of Lanes: 3 | Posted Speed: 70 | Work Zone: 0 |
| Traffic Control: 7 | Device Inoperative: ☐ Yes ☑ No | | Traffic Control: 7 | Device Inoperative: ☐ Yes ☑ No | |

| Citation Information: | | | Citation Information: | | |
|---|---|---|---|---|---|
| Citation # E03984360 | O.C.G.A. § 40-6-393(C) | | Citation # | O.C.G.A. § | |
| Citation # E03984361 | O.C.G.A. § 40-6-393(C) | | Citation # | O.C.G.A. § | |
| Citation # E03984362 | O.C.G.A. § 40-6-49 | | Citation # | O.C.G.A. § | |

| **COMMERCIAL MOTOR VEHICLES ONLY** | **COMMERCIAL MOTOR VEHICLES ONLY** |
|---|---|
| Carrier Name: | Carrier Name: SADDLE CREEK TRANSPORTATION |

| Address | City | State Zip | Address 3010 SADDLE CREEK ROAD | City LAKELAND | State FL Zip 33801 |
|---|---|---|---|---|---|
| U.S. D.O.T. # | No. of Axles | G.V.W.R. | U.S. D.O.T. # 1996553 | No. of Axles 5 | G.V.W.R. 03 |
| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No | Cargo Body Type 1 | Vehicle Config. 6 | ☑ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☑ No |
| C.D.L.? ☐ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☐ No | C.D.L.? ☑ Yes ☐ No | C.D.L. Suspended? ☐ Yes ☑ No |
| Vehicle Placarded? ☐ Yes ☐ No | Hazardous Materials? ☐ Yes ☐ No | Vehicle Placarded? ☐ Yes ☑ No | Hazardous Materials? ☐ Yes ☑ No |
| Haz Mat Released? ☐ Yes ☐ No | | Haz Mat Released? ☐ Yes ☑ No | |
| If YES: Name or four Digit Number from Diamond or Box: _____ One Digit Number from Bottom of Diamond: _____ | | If YES: Name or four Digit Number from Diamond or Box: _____ One Digit Number from Bottom of Diamond: _____ | |
| ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | |

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 1 | Location at Area of Impact: | 1 | Weather: | 3 | Surface Condition: | 2 | Light Condition: | 5 |
|---|---|---|---|---|---|---|---|---|---|

## NARRATIVE

Vehicle 1 was traveling east on I-20. Vehicle 2 was traveling east on I-20 in the right lane. Driver 1 lost control of Vehicle 1, making contact with the left side of the trailer of Vehicle 2 with the front of Vehicle 1. After the collision, Vehicle 1 caught fire.

Due to the severity of the injuries sustained by Driver 1, no statement was obtained.

Driver 2 stated that he was traveling in the right lane and felt the collision but was unsure exactly what it was until he looked back and saw Vehicle 2 on fire. He stated that he took out his fire extinguisher from his truck but was unable to use it due to the severity of the fire. He also stated that he disconnected his truck from the trailer and drove forward attempting to keep his truck from catching fire.

Other drivers from the roadway stopped to help and were able to remove the driver from the burning vehicle but were unable to remove the passengers.

The area of impact was in the roadway.

This crash investigation was recorded.

Reference SCRT Case Number: SCRTD-117-20.

## DIAGRAM

INDICATE
NORTH

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|
| | |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

| 1 | Name (Last, First): THIGPEN, JERELYN | | | | Address: 97 MOSSWOODS DR Madison, MS 391100000 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Age: 25 | Sex: F | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 2 | Extricated: 2 | Air Bag: 1 | Injury: 2 | Taken for Treatment: 1 |
| | Injury Taken To: GRADY MEMORIAL HOSPITAL | By: DOUGLAS COUNTY EMS | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |

| 2 | Name (Last, First): SMITH, ALEX | | | | Address: 5920 DABNEY DRIVE JACKSON, MS 39206 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Age: 3 | Sex: M | Unit #: 1 | Position: 5 | Safety Eq: 8 | Ejected: 2 | Extricated: 1 | Air Bag: 0 | Injury: 1 | Taken for Treatment: 2 |
| | Injury Taken To: | By: | | EMS Notified Time: 21:00 | EMS Arrival Time: 21:07 | Hospital Arrival Time: |

| 3 | Name (Last, First): TEEWISSEN, MAYA | | | | Address: 5920 DABNEY DRIVE JACKSON, MS 39206 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Age: 25 | Sex: F | Unit #: 1 | Position: 3 | Safety Eq: 8 | Ejected: 2 | Extricated: 1 | Air Bag: 1 | Injury: 1 | Taken for Treatment: 2 |
| | Injury Taken To: | By: | | EMS Notified Time: 21:00 | EMS Arrival Time: 21:07 | Hospital Arrival Time: |

| 4 | Name (Last, First): JOHNSON, ORLANDO | | | | Address: 1055 LANCASHIRE CIR APT C14 STONE MTN, GA 30083 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Age: 61 | Sex: M | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: |
| | Injury Taken To: | By: | | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time: |

## ADMINISTRATIVE

| Photos Taken: [x] Yes  [ ] No | By: DCSO INVESTIGATOR | *Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.* |
|---|---|---|
| Report By: ALLEN, PHILIP #0848 | Agency: GSPD\POST | Report Date: 08/02/21 | Checked By: SMITH, G #0131 | Date Checked: 08/04/21 |

**SUPPLEMENT**
**GEORGIA MOTOR VEHICLE CRASH REPORT**

| **Agency Case Number:** C000732288-02 | **Estimated Crash Date:** 10/10/20 | **Officer Name:** ALLEN, PHILIP #0848 |
|---|---|---|

**NARRATIVE CONTINUED**

On 08/02/2021, the following changes were made as a supplement to the initial crash report.

The following misdemeanor charges were added for Driver 1.

Homicide By Vehicle (2 counts) - O.C.G.A. 40-6-393(c)
Following Too Closely - O.C.G.A. 40-6-49
Too Fast For Conditions - O.C.G.A. 40-6-180

**ADDITIONAL CITATION INFORMATION**

| **Unit #** 1 | |
|---|---|
| **Citation #** E03984363 | **O.C.G.A. §** 40-6-180 |

**GDOT-523 SUPP (07/17)**

**ADDITIONAL or FULL PAGE DIAGRAM**



**Vehicles Shown at Final Rest**

I-20 Eastbound Lanes

