# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DAVID THIGPEN and REGINA THIGPEN, as Surviving Parents of Jerelyn Thigpen, deceased;

JAMES J. DALTON, II, as proposed Administrator of the Estate of Jerelyn Thigpen;

PIETER TEEUWISSEN AND LISA TEEUWISSEN, as Surviving Parents of Maya E. Teeuwissen;

NINA N. TEEUWISSEN AND LIA N. TEEUWISSEN, as Administratrices of the Estate of Maya E. Teeuwissen;

JEVONTE J. SMITH, as Surviving Parent of Alexander Pieter Smith; and

PIETER TEEUWISSEN AND LISA TEEUWISSEN, as Administrators of the Estate of Alexander Pieter Smith

Plaintiffs,

NISSAN MOTOR CO., LTD.; NISSAN NORTH AMERICA, INC. SADDLE CREEK TRANSPORTATION INC.; ORLANDO OZELL JOHNSON; ZURICH AMERICAN INSURANCE COMPANY; POCH STAFFING INC.

Defendants.

CIVIL ACTION NO.: 1:22-cv-02999-SDG

**DECLARATION OF CEDRIC JORDAN**

1. My name is Cedric Jordan. I am over the age of 18 years. I make this Declaration based upon my personal knowledge, and I am competent to testify to the matters stated herein.

2. On October 10, 2020, just before 9:00 p.m., I was driving eastbound on Interstate 20 in Douglas County, Georgia.

3. Interstate 20 consists of three lanes, and I was driving in the middle lane.

4. A woman driving a white Nissan was driving behind me.

5. Additionally, a man was driving a tractor-trailer in the right lane.

6. While I was driving, I observed the white Nissan driving erratically. Specifically, I observed the white Nissan speeding and weaving in and out of all three lanes of traffic.

7. I believe the white Nissan's hazard lights were on.

8. Due to the white Nissan's erratic driving, I moved my vehicle into the left lane to let the white Nissan pass me.

9. I observed the white Nissan continue to weave in and out of all three lanes of travel while driving at an excessive speed until she weaved in front of a truck in the middle lane of the interstate.

10. It was at this point, I observed the white Nissan swerve out of the middle lane and drive directly into the left side of the tractor-trailer that was driving in the right lane.

11. Prior to impact, I observed the movement of the tractor-trailer in the right lane.

12. Specifically, the tractor-trailer was maintaining or going below the speed limit.

13. Based on my observations, the tractor trailer was maintaining his lane of travel in the right lane and obeying all laws of traffic.

14.Based on my observations, the tractor-trailer was not driving in an unreasonable or unsafe manner.

15.Based on my observations, the tractor-trailer never weaved out of the right lane prior to impact.

16.Based on my observations, the white Nissan was entirely at fault in causing the collision between the white Nissan and the tractor-trailer.

17.Based on my observations, there was nothing the tractor-trailer could have done to avoid the white Nissan driving directly into and underneath the trailer he was driving.

18.After the collision, I called 911 and reported my observations of the white Nissan's erratic and reckless driving. The transcript of that call is attached here as Exhibit A1.

19.I have reviewed Plaintiffs' Complaint filed in this matter, and the allegations contained in the Complaint relate to the October 10, 2020, collision that I witnessed.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Sept. 12, 2022
September 12, 2022

[signature]
Cedric Jordan

# EXHIBIT A1

IN RE: 9-1-1 Call

9-1-1 Call

Cedric Jordan

CIVIL ACTION NO.: 1:22-cv-02999-SDG

Transcribed By:
KATHRYN TAYLOR, Certified Court Reporter, No. 5082-8490-7080-9088. Transcribed from electronic audio recording.

Transcription
Thigpen, David Et Al. Vs. Nissan Motor Co. Ltd. Et Al.
Page 2

T R A N S C R I P T  C O D E S:

| | |
|---|---|
| -- | interruption/change in thought |
| . . . | incomplete thought |
| [sic] | denotes word/phrase that may seem strange or incorrect has been written verbatim |
| (ph) | phonetically spelled |
| (indiscernible) | not capable of being understood |
| (cross talk) | two or more people speaking at the same time |

Veritext Legal Solutions
800.808.4958 770.343.9696

R E C O R D I N G

[Start of Audio 0:00:00.0.]

OPERATOR: Douglas 9-1-1.

CEDRIC JORDAN: Hello, I'm calling to find out a bit of information about an accident. I'm trying to see who responded to an accident on I-20 Eastbound about maybe an hour and 30 minutes ago involving an 18-wheeler and a car that -- that exploded in the accident.

OPERATOR: Yeah. Let me transfer you to the sheriff's office. Hang on.

HEATHER: Sheriff's office, Heather speaking.

OPERATOR: 9-1-1, go ahead.

CEDRIC JORDAN: Hey, I'm calling because I witnessed an accident happen. Yeah, I witnessed the driver driving erratically. It was an accident that happened on I-20 Eastbound about an hour and 30 minutes ago.

HEATHER: All right. Eastbound where?

CEDRIC JORDAN: Right before the first Douglasville exit. So I think it's, like, mile marker 34, so close to that. About maybe two miles before that.

HEATHER: All right. And did you -- was it an accident, or . . .

CEDRIC JORDAN: Yeah. It was an accident, possibly a fatality, involving an 18-wheeler. So I'm just trying to figure out, like, who responded to it as far as, you know, like, which department. Like, whether it was Douglasville or the next county over.

HEATHER: Are you talking about the accident (cross talk ) --

OPERATOR: So I think he's talking about the one at (indiscernible).

CEDRIC JORDAN: It was involved with a -- an 18-wheeler was involved. The car was -- caught on fire.

HEATHER: Yeah. We're already out there on it.

CEDRIC JORDAN: Huh?

HEATHER: We're -- everyone is already out there on that one.

CEDRIC JORDAN: Right. That's what I'm saying. I was driving as it happened. I was on it. I was actually out there. I'm one of the people that pulled the lady out of the car.

HEATHER: Okay. All right. One second. All right. What's your name?

CEDRIC JORDAN: My name is Cedric Jordan, C-e-d-r-i-c J-o-r-d-a-n.

HEATHER: And what's your phone number?

CEDRIC JORDAN: My phone number is (770) 371-8596.

HEATHER: (770) 371-8596?

CEDRIC JORDAN: Yeah. I witnessed the lady driving erratically. Like, she swooped around me, got behind a van doing her -- doing her emergency lights, her emergency flashers, like sped off in between two 18-wheelers. It was an 18-wheeler in the far-right lane and one in the middle lane. She swooped in between them, and that's when the accident -- it happened right after that.

HEATHER: Okay.

CEDRIC JORDAN: So, like, I seen her driving erratically. I just want to --

HEATHER: So I'm going to go ahead and give it to them, but thank you so much.

CEDRIC JORDAN: Okay.

[End of Audio 0:03:23.4.]

D I S C L O S U R E

STATE OF GEORGIA TRANSCRIPTION

COUNTY OF HENRY 9-1-1 Call Cedric Johnson

Pursuant to Article 8.B of the rules and regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I, Kathryn Taylor, am a Georgia Certified Court Reporter. I am here as an independent contractor for Veritext Legal Solutions.

I was contacted by Veritext Legal Solutions to provide transcription services. The firm will not be providing this transcript under any contract that is prohibited by O.C.G.A. 15-14

Kathryn Taylor

__________________________

KATHRYN TAYLOR, CCR

No. 5082-8490-7080-9088

CERTIFIED COURT REPORTER

C E R T I F I C A T E

STATE OF GEORGIA )

COUNTY OF HENRY )

I, KATHRYN TAYLOR, Certified Court Reporter for the County of Henry and for the State of Georgia, do hereby certify:

That the foregoing transcript is a true and accurate account of the electronic sound recording sent to me by Veritext Legal Solutions, to the best of my ability. I was not physically present when the recording took place initially.

And I further certify that I am not a relative by blood or marriage, or an employee of attorney or counsel of any of the parties in the case, nor am I financially or in any way interested in the outcome of any action related to this transcript.

This, the 6

Kathryn Taylor

________________________________

KATHRYN TAYLOR, CCR

No. 5082-8490-7080-9088

CERTIFIED COURT REPORTER

**0**

**02999** 1:7
**0:00:00.0.** 3:2
**0:03:23.4.** 5:19

**1**

**15-14-37** 6:16
**18** 3:8 4:2,12 5:9 5:9
**1:22** 1:7

**2**

**20** 3:6,17
**2022** 7:18
**21026** 6:18 7:19

**3**

**30** 3:7,17
**34** 3:22
**371-8596** 5:3,4

**5**

**5082-8490** 1:22
**5082-8490-70...** 6:21 7:22

**6**

**6th** 7:18

**7**

**7080-9088** 1:23
**770** 5:3,4

**8**

**8.b** 6:5

**9**

**9-1-1** 1:1,5 3:3 3:13 6:3

**a**

**ability** 7:10
**accident** 3:5,6,9 3:15,16,25 4:1,7 5:12
**account** 7:9
**accurate** 7:8
**action** 1:7 7:16
**ago** 3:7,18
**ahead** 3:13 5:16
**article** 6:5
**attorney** 7:14
**audio** 1:24 3:2 5:19

**b**

**b** 6:16
**best** 7:10
**bit** 3:5
**blood** 7:14
**board** 6:6

**c**

**c** 2:1,1 3:1 4:25 4:25 6:1 7:1,1
**call** 1:1,5 6:3
**calling** 3:4,14
**capable** 2:8
**car** 3:8 4:12,21
**case** 7:15
**caught** 4:12
**ccr** 6:20 7:21
**cedric** 1:6 3:4,14 3:20 4:1,11,15 4:18,24,24 5:2,5 5:14,18 6:3
**certified** 1:21 6:9,22 7:5,23
**certify** 7:7,13
**change** 2:2
**civil** 1:7
**close** 3:22
**contacted** 6:13
**contract** 6:15
**contractor** 6:10
**council** 6:6
**counsel** 7:14
**county** 4:5 6:3 7:3,6
**court** 1:22 6:6,9 6:22 7:5,23
**cross** 2:9 4:8
**cv** 1:7

**d**

**d** 2:1 3:1 4:25,25 6:1
**day** 7:18
**denotes** 2:4
**department** 4:4
**disclosure** 6:7
**doing** 5:7,7
**douglas** 3:3
**douglasville** 3:21 4:5
**driver** 3:16
**driving** 3:16 4:19 5:6,14

**e**

**e** 2:1 3:1 4:25 6:1 7:1,1
**eastbound** 3:7 3:17,19
**electronic** 1:24 7:9
**emergency** 5:7,8
**employee** 7:14
**erratically** 3:16 5:6,15
**exit** 3:21
**exploded** 3:9

**f**

**f** 7:1
**far** 4:4 5:10
**fatality** 4:2
**figure** 4:3
**financially** 7:15
**find** 3:4
**fire** 4:13
**firm** 6:14
**first** 3:20
**flashers** 5:8
**following** 6:7
**foregoing** 7:8
**further** 7:13

**g**

**g** 3:1
**georgia** 6:2,7,9 7:2,6
**give** 5:16
**go** 3:13 5:16
**going** 5:16

**h**

**hang** 3:11
**happen** 3:15
**happened** 3:17 4:19 5:12
**heather** 3:12,12 3:19,24 4:7,14 4:16,22 5:1,4,13 5:16

**hello** 3:4
**henry** 6:3 7:3,6
**hey** 3:14
**hour** 3:7,17
**huh** 4:15

**i**

**incomplete** 2:3
**incorrect** 2:5
**independent** 6:10
**indiscernible** 2:8 4:10
**information** 3:5
**initially** 7:12
**interested** 7:16
**interruption** 2:2
**involved** 4:11,12
**involving** 3:8 4:2

**j**

**j** 4:25
**johnson** 6:3
**jordan** 1:6 3:4 3:14,20 4:1,11 4:15,18,24,24 5:2,5,14,18
**judicial** 6:6

**k**

**kathryn** 1:21 6:9 6:20 7:5,21
**know** 4:4

**l**

**l** 6:1
**lady** 4:21 5:5
**lane** 5:10,10
**legal** 6:10,13 7:10
**lights** 5:8

**m**

**marker** 3:22
**marriage** 7:14
**middle** 5:10
**mile** 3:21
**miles** 3:22
**minutes** 3:7,18

**n**

**n** 2:1 3:1 4:25
**name** 4:23,24
**number** 5:1,2

**o**

**o** 2:1 3:1 4:25 6:1
**o.c.g.a.** 6:16
**office** 3:11,12
**okay** 4:22 5:13 5:18
**operator** 3:3,10 3:13 4:9
**outcome** 7:16

**p**

**p** 2:1
**parties** 7:15
**people** 2:9 4:20
**ph** 2:7
**phone** 5:1,2
**phonetically** 2:7
**phrase** 2:4
**physically** 7:11
**place** 7:11
**possibly** 4:2
**present** 7:11
**prohibited** 6:15
**provide** 6:13
**providing** 6:14
**pulled** 4:21
**pursuant** 6:5

**r**

**r** 2:1,1 3:1,1 4:25 4:25 6:1 7:1
**recording** 1:24 7:9,11
**regulations** 6:5
**related** 7:17
**relative** 7:13
**reporter** 1:22 6:9,22 7:5,23
**reporting** 6:6
**responded** 3:6 4:3
**right** 3:19,20,24 4:18,22,23 5:10 5:12
**rules** 6:5

**s**

**s** 2:1,1 6:1,1
**saying** 4:18
**sdg** 1:7
**second** 4:22
**see** 3:6
**seen** 5:14
**sent** 7:9
**september** 7:18
**services** 6:14
**sheriff's** 3:11,12
**sic** 2:4
**signature** 6:18 7:19
**solutions** 6:11,13 7:10
**sound** 7:9
**speaking** 2:9 3:12
**sped** 5:8
**spelled** 2:7
**start** 3:2
**state** 6:2 7:2,6
**strange** 2:5
**swooped** 5:6,11

**t**

**t** 2:1,1 7:1,1
**talk** 2:9 4:8
**talking** 4:7,9
**taylor** 1:21 6:9 6:20 7:5,21
**thank** 5:17
**think** 3:21 4:9
**thought** 2:2,3
**time** 2:10
**transcribed** 1:20 1:23
**transcript** 6:15 7:8,17
**transcription** 6:2,14
**transfer** 3:10
**true** 7:8
**trying** 3:5 4:3
**two** 2:9 3:22 5:9

**u**

**u** 6:1
**understood** 2:8

**v**

**van** 5:7
**verbatim** 2:6
**veritext** 6:10,13 7:10

Transcription
Thigpen, David Et Al. Vs. Nissan Motor Co. Ltd. Et Al.
[want - yeah] Page 3

**w**

**want** 5:15
**way** 7:16
**wheeler** 3:8 4:2 4:12 5:9
**wheelers** 5:9
**witnessed** 3:15 3:15 5:5
**word** 2:4
**written** 2:5

**y**

**yeah** 3:10,15 4:1 4:14 5:5

Veritext Legal Solutions
800.808.4958 770.343.9696