# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DAVID THIGPEN and REGINA          )
THIGPEN, as Surviving Parents of  )
Jerelyn Thigpen, deceased;        )
                                  )
JAMES J. DALTON, II, as proposed  )
Administrator of the Estate of Jerelyn )
Thigpen;                          )
                                  )
PIETER TEEUWISSEN AND LISA        )
TEEUWISSEN, as Surviving Parents  )
of Maya E. Teeuwissen;            ) CIVIL ACTION NO.: 1:22-cv-02999-SDG
                                  )
NINA N. TEEUWISSEN AND            )
LIA N. TEEUWISSEN, as             )
Administratrices of the Estate of )
Maya E. Teeuwissen;               )
                                  )
JEVONTE J. SMITH, as Surviving    )
Parent of Alexander Pieter Smith; and )
                                  )
PIETER TEEUWISSEN AND LISA        )
TEEUWISSEN, as Administrators of  )
the Estate of Alexander Pieter Smith )

     Plaintiffs,                  )
                                  )
NISSAN MOTOR CO., LTD.;           )
NISSAN NORTH AMERICA, INC.        )
SADDLE CREEK                      )
TRANSPORTATION INC.;              )
ORLANDO OZELL JOHNSON;            )
ZURICH AMERICAN INSURANCE         )
COMPANY; POCH STAFFING INC.       )
                                  )
     Defendants.                  )

## <u>DECLARATION OF ORLANDO JOHNSON</u>

1. My name is Orlando Johnson. I am a resident of Georgia and over the age of 18 years. I make this Declaration based upon my personal knowledge, and I am competent to testify to the matters stated herein.

2. On October 10, 2020, just before 9:00 p.m., I was driving eastbound on Interstate 20 in Douglas County, Georgia.

3. Interstate 20 consists of three lanes, and I was driving my tractor-trailer in the right lane.

4. As Hurricane Delta had recently moved through the area, there had been a lot of rain.

5. I was therefore operating my tractor-trailer below the posted speed limit and had my emergency lights (hazard lights) operating.

6. I was observing and obeying all traffic laws, never leaving my lane of travel in the right lane.

7. Prior to the collision, I never observed the white Nissan as I was concentrating on operating my vehicle in a safe and prudent manner.

8. I became aware of the white Nissan upon impact with the rear of my tractor-trailer.

9. I received no traffic citations as a result of the accident.

     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/21/𝑒𝑡 22

September 21 2022

Orlando Johnson

2